GEORGE MAXWELL, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.—

In our opinion, the jury was free to find that the accident served to aggravate plaintiff's congenital back condition and that such injury seriously impaired his ability to work at physical labor in his former capacity of a gas station attendant. However, the plaintiff did admit that he was capable of doing some light work, and for that reason we hold that the jury's verdict was excessive. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.